No. 89–7260. BURNS v. UNITED STATES. C. A. D. C. Cir. Motion of petitioner for leave to proceed *in forma pauperis*

granted. Certiorari granted.